| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructio.   . the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions: | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-94 |
|---|---|---|

⇔57423-380⇔
Albert Armendariz Sr.
525 Magoffin AVE
Rm 105 US Courthouse
EL PASO, TX 79901
United States

2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, street, city, State and Zip Code)

MARIA GUADALUPE HERNANDEZ
FCC COLEMAN CAMP UNITE   F-1
COLEMAN, FLORIDA     33521

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 03-16-57 | Separated | May 2016 | |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying the persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

ATTORNEY CLIENT BREACH OF CONTRACT

I paid Mary Stillinger a total of &60,000.00 thinking she was going call my witnesess and hire a private investigator and failed to do so. (See Contract attached) The contracted I signed was for $30,000.00 unless she did hire a investigator and call my witnessess. She refuses to return the second $30,000.00 that between my husband, father in law and I paid.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
$30,000.00

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State and Zip Code) |
|---|---|
| RENE HERNANDEZ | 1371 BAT MASTERSON DRIVE<br>EL PASO, TEXAS 79936 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $30,000.00 | | | $30,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory HUSBAND | 14. DATE OF CLAIM |
|---|---|---|
| Maria G Hernandez | (915) 241-9056 | September 9, 2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729). | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                                    NSN 7540-00-634-4046                       STANDARD FORM 95 (Rev 7-85)

# MARY STILLINGER
## ATTORNEY

4911 Alameda • El Paso, Texas 79905
(915) 775-0705

Licensed in Texas
and New Mexico

Board Certified in Criminal Law by the
Texas Board of Legal Specialization

October 22, 2014

Maria Guadalupe Hernandez
1371 Bat Masterson Drive
El Paso, Texas 79936

Re: Investigation: United States v. Maria Guadalupe Hernandez
NCUA v. Maria Guadalupe Hernandez, EP-14-CV-0380-DB

Dear Mrs. Hernandez:

I am writing to confirm our employment agreement. You are hiring me to represent you in the above-referenced investigation that is pending in the United States District Court for the Western District of Texas, and also to answer the above-referenced lawsuit filed against you.

We have agreed that my initial fee this representation is $30,000. We will negotiate additional fees once we know more about your situation. You understand that this fee covers my representation of you in the investigation **prior** to charges being filed. You understand that I have been told that criminal charges will be filed against you shortly. However, in order for me to file an entry of appearance for you in that criminal case, there will be additional fees.

Further, with respect to the civil case, our agreement covers the initial response to the restraining order and answer to the lawsuit. It does **not** cover the full scope of representation in this case.

I do not bill hourly and the entire fee is **non-refundable**, regardless of the outcome of the investigation or civil case. You understand that the fee is earned upon payment in consideration for my agreement to take the case. Further, you have agreed to a fixed fee, in lieu of hourly billing. I can make no representation regarding the outcome of the investigation or case.

Expenses are separate and may include such things as court reporter fees, overnight courier fees, witness fees or travel expenses, private investigator fees, and expert witness fees. I will not incur any large expenditure without your prior approval.

If this letter accurately reflects our agreement, please sign this letter at the bottom and return it to me.

Sincerely,

Mary Stillinger

AGREED: _____
MARIA GUADALUPE HERNANDEZ

November 2, 2016

Re: Attorney fees

Dear Mary,

In the initial attorney fees contract letter dated October 22, 2014, that I signed, you charged me a total of $30,000.00 which it clearly states that its non refundable. I ended paying a total of $60,000.00 thru the end of the trial. We would like to know since there was no witness called, private investigator, witness fee or travel, if we will get a refund from the last $30,000.00 that we paid. We are trying to see if we can come up with the appeal attorney's fees.

Thank you

*Maria Hernandez* (signature)
Maria Guadalupe Hernandez

**RECEIPT** No. 265217

DATE: Oct. 21, 2014
FROM: Lou Hernandez     $ 15,000
Fifteen Thousand & 00/xxxx DOLLARS

☐ FOR RENT
☒ FOR: Atty. Fees - 2 checks # 966511 & 12994/01645

ACCT.
PAID
DUE

☐ CASH
☒ CHECK #36771
☐ MONEY ORDER
☐ CREDIT CARD

FROM ___ TO ___
BY ___

A-1152
T-4161

---

**GECU**
WE'RE WITH YOU

THIS DOCUMENT HAS A PRISMATIC PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK

No. 1028592

VALID FOR ONE YEAR FROM DATE OF ISSUE
August 28, 2015

A 90 DAY WAITING PERIOD AND AN INDEMNIFYING BOND MAY BE REQUIRED TO REPLACE THIS CHECK.

TO THE ORDER OF: ****MARY STILLINGER ATTORNEY AT LAW*************************

$20,000.00

****TWENTY THOUSAND and 00/100************************************* DOLLARS

RE: MARIA & LEONARDO HERNANDEZ
CASHIER'S CHECK
GECU
EL PASO TEXAS 79998    88-8108
                      3120

By ___ AUTHORIZED SIGNATURE
By ___ AUTHORIZED SIGNATURE
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $2000.00

⑈1028592⑈ ⑆312081089⑆ 880000010⑈

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 10/27/2014 | 92163970 | 3677 | 80032419 | | $10,000.00 | | |

**LEONARDO OR OFELIA HERNANDEZ**
7840 JERSEY ST.  772-2280
EL PASO, TX 79915

3677
88-8108/3120

DATE 10-22-14

PAY TO THE ORDER OF  MARY STILLINGER    $ 10,000.—

TEN THOUSAND AND NO/100 — DOLLARS

GECU
Greater El Paso's Credit Union
P.O. BOX 20998 EL PASO, TEXAS 79998

MEMBER COPY

For _____

⑈312081089⑈  80032419⑈  3677

>112017619< 20141024
WESTSTAR BANK
1016  27

**MEMBER COPY**

⑈112017619⑈ DWR# 1016 TRN# 27 10/24/14

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 10/30/2014 | 72683334 | 969711 | 88000010 | | $15,000.00 | | |

**GECU**
WE'RE WITH YOU

No. 969711

VALID FOR ONE YEAR FROM DATE OF ISSUE.

October 24, 2014

A 90 DAY WAITING PERIOD AND AN INDEMNIFYING BOND MAY BE REQUIRED TO REPLACE THIS CHECK.

TO THE ORDER OF

PAY ***MARY STILLING*** $15,000.00

***FIFTEEN THOUSAND and 00/100***

DOLLARS

RE: LEONARDO HERNANDEZ
**CASHIER'S CHECK**
GECU
P.O. BOX 20998 • EL PASO, TEXAS 79998

By _____ AUTHORIZED SIGNATURE
By _____ AUTHORIZED SIGNATURE
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $2000.00

**MEMBER COPY**

⑆969711⑆ ⑈312081089⑈ 88000010⑆

20141029
WESTSTAR BANK

MEMBER COPY

ENDORSED AS DRAWN
X _____
May Stilling
#480
For deposit only
May Stilling
DOIA Inv
1288

https://www.tranzact.org/Services/ShareDrafts

8/15/2017






⇔57423-380⇔
Maria Hernandez
Federal Corr Complex Camp Unit F-1
P O Box 1027
Coleman, FL 33521
United States

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
OCT 01, 18
AMOUNT
$0.00
R2305H130354-09

79901
1023

⇔57423-380⇔
Albert Armendariz Sr.
525 Magoffin AVE
Rm 105 US Courthouse
EL PASO, TX 79901
United States